UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH CREIGHTON,

                Plaintiff,

- against -

THE CITY OF NEW YORK, DETECTIVE DEAN ROBERTS (Shield No. 05861), DETECTIVE GLENN GODINO (Shield No. 2756), P.O. JOHN DOE #1, P.O JOHN DOE #2, P.O. JOHN DOE #3, DETECTIVE JOHN DOE #1, DETECTIVE JOHN DOE #2, DETECTIVE #3 (all John Does defendants being fictitious names to denote Unidentified officers and detectives involved herein), DISTRICT ATTORNEY ROBERT T. JOHNSON, ASSISTANT DISTRICT ATTORNEY BRUCE BIRNS and ASSISTANT DISTRICT ATTORNEY MICHAEL COOPER,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**ORDER**

12 Civ. 7454 (PGG)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/16

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule shall apply to the parties' motions for summary judgment:

    1. Opposition papers are due on **July 19, 2016**.

    2. Replies, if any, are due on **July 26, 2016**.

The joint pretrial order, motions in limine, proposed voir dire, and requests to charge are due on **August 1, 2016**. Any responsive papers are due **August 8, 2016**.

Dated: New York, New York
      July 5, 2016        SO ORDERED.

_____
Paul G. Gardephe
United States District Judge