UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KENNETH CREIGHTON,

                                                         Plaintiff,    **NOTICE OF MOTION FOR SUMMARY JUDGMENT**

          -against-                                              1:12-cv-07454-PGG-DCF

THE CITY OF NEW YORK, DETECTIVE DEAN ROBERTS (Shield No. 05861), DETECTIVE GLENN GODINO (Shield No. 2756), POLICE OFFICERS JOHN DOES 1-10 (names being fictitious and presently unknown and intended to be employees of the NYPD who were involved in Plaintiff's arrest, detention, imprisonment, and/or prosecution), DISTRICT ATTORNEY ROBERT T. JOHNSON, ASSISTANT DISTRICT ATTORNEY BRUCE BIRNS A/K/A BURNS, ASSISTANT DISTRICT ATTORNEY ED TALTY a/k/a ED TULTY and ASSISTANT DISTRICT ATTORNEY MICHAEL COOPER,

                                                         Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that upon the annexed Declaration of Kavin Thadani, dated June 27, 2016, and the exhibits annexed thereto; the Local Civil Rule 56.1 Statement, dated June 27, 2016; the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment; and all prior pleadings and proceedings had herein, defendants will move this Court, before the Honorable Paul G. Gardephe, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there are no material issues of fact in dispute that warrant a trial, and that the defendants are entitled to judgment as a matter of law as to all of plaintiff's claims, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, by Order of the Court, opposition papers, if any, shall be served on or before July 11, 2016.

**PLEASE TAKE FURTHER NOTICE** that, by Order of the Court, reply papers, if any, shall be served on or before July 18, 2016.

Dated: New York, New York
       June 27, 2016

                        ZACHARY W. CARTER
                        Corporation Counsel of the City of New York
                        *Attorney for Defendants*
                        100 Church Street
                        New York, New York  10007
                        (212) 356-2351

By:     */s/ Kavin Thadani*
        Kavin Thadani
        Senior Counsel
        Special Federal Litigation Division

TO:   **VIA HAND DELIVERY AND EMAIL**
      Richard Gross, Esq.
      Michael Jaffe, Esq. (via email only)
      *Attorneys for Plaintiff*