UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

KENNETH CREIGHTON,

                              Plaintiff,                    **PLAINTIFF'S NOTICE**
                                                                                    **OF MOTION FOR**
               -against-                            **PARTIAL SUMMARY**
                                                                                     **JUDGMENT**

THE CITY OF NEW YORK, DETECTIVE DEAN             12 CIV 7454 (PGG)
ROBERTS (Shield No. 05861), DETECTIVE
GLENN GODINO (Shield No. 2756), POLICE OFFICERS
JOHN DOES 1-10 (names being fictitious and presently
unknown and intended to be employees of the NYPD who
were involved in Plaintiff's arrest, detention, imprisonment,
and/or prosecution), DISTRICT ATTORNEY ROBERT T.
JOHNSON, ASSISTANT DISTRICT ATTORNEY BRUCE
BIRNS A/K/A BURNS, ASSISTANT DISTRICT ATTORNEY
ED TALTY a/k/a ED TULTY and ASSISTANT DISTRICT
ATTORNEY MICHAEL COOPER,

                                             Defendants.

------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that upon the annexed the Statement of Material Facts Pursuant to Local Civil Rule 56.1, the June 27, 2016 Declaration of Richard Gross and the exhibits annexed thereto, plaintiff, Kenneth Creighton will move this Court for an order, pursuant to Fed.R.Civ.P. 56 granting partial summary judgment his favor on plaintiff's 1) New York State-law false arrest claims against defendants City of New York ("City"), Glenn Godino (Godino), Dean Roberts (Roberts), Bruce Birns (Birns) and Ed Talty (Talty) [First Cause of Action]; New York State-law claims for malicious prosecution against defendants City, Godino and Roberts [Second Cause of Action]; 3) federal claims pursuant to 42 U.S.C. §1983 for malicious prosecution against Godino and Roberts [Fourth Cause of Action] and 4) federal claims pursuant 42 U.S.C. §1983 for denial of procedural and substantive due process against

Godino [Sixth Causes of Action], on the grounds that there are no genuine issues of material fact to be tried and for any such other and further relief as the Court deems just and proper.

Dated: New York, New York
       June 27, 2016

                                   **PAZER, EPSTEIN & JAFFE, P.C.**
                                   20 Vesey Street, Suite 700
                                   New York, New York 10007
                                   (212) 227-1212

                                   **RUBERT & GROSS, P.C.**
                                   Attorneys for Plaintiff, Kenneth Creighton
                                   150 Broadway, Suite 712
                                   New York, New York 10003
                                   (212) 608-3103

                                   _____
                                   RICHARD GROSS

TO:   ZACHARY W. CARTER
        Corporation Counsel
        100 Church Street
        New York, New York 10007
        (212) 356-2351
        Attn: Kavin Tadani