

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KAVIN THADANI<br>*Senior Counsel*<br>Phone: (212) 356-2351<br>Fax: (212) 356-3509<br>kthadani@law.nyc.gov |
|---|---|---|

July 26, 2016

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

    Re: <u>Kenneth Creighton v. City of New York, et al.</u>, 1:12-cv-07454-PGG-DCF

Your Honor:

  I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter.  Defendants hereby respectfully request oral argument with respect to their Motion for Summary Judgment.

  Thank you for your consideration in this regard.

               Respectfully,

               <u>/s/ Kavin Thadani</u>

               Kavin Thadani
               Senior Counsel
               Special Federal Litigation

cc: **VIA ECF**
   Richard Gross, Esq.
   Michael Jaffe, Esq.
   *Attorneys for Plaintiff*