UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KENNETH CREIGHTON,

                                                     Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE DEAN ROBERTS (Shield No. 05861), DETECTIVE GLENN GODINO (Shield No. 2756), POLICE OFFICERS JOHN DOES 1-10 (names being fictitious and presently unknown and intended to be employees of the NYPD who were involved in Plaintiff's arrest, detention, imprisonment, and/or prosecution), DISTRICT ATTORNEY ROBERT T. JOHNSON, ASSISTANT DISTRICT ATTORNEY BRUCE BIRNS A/K/A BURNS, ASSISTANT DISTRICT ATTORNEY ED TALTY a/k/a ED TULTY and ASSISTANT DISTRICT ATTORNEY MICHAEL COOPER,

                                                     Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION FOR MOTIONS *IN LIMINE***

1:12-cv-07454-PGG-DCF

        **PLEASE TAKE NOTICE** that upon the annexed Declaration of Kavin Thadani, dated August 1, 2016, and the exhibits annexed thereto; the accompanying Memorandum of Law in Support of Defendants' Motions *In Limine*; and all prior pleadings and proceedings had herein, defendants will move this Court, before the Honorable Paul G. Gardephe, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for an order granting defendants' motions *in limine*, and for such other and further relief as the Court may deem just and proper.

        **PLEASE TAKE FURTHER NOTICE** that, by Order of the Court, opposition papers, if any, shall be served on or before August 8, 2016.

- 2 -

Dated: New York, New York
       August 1, 2016

                ZACHARY W. CARTER
                Corporation Counsel of the City of New York
                *Attorney for Defendants*
                100 Church Street
                New York, New York  10007
                (212) 356-2351

            By:    /s/ Kavin Thadani
                  Kavin Thadani
                  Senior Counsel
                  Special Federal Litigation Division

TO:    **<u>VIA ECF</u>**
       Richard Gross, Esq.
       Michael Jaffe, Esq.
       *Attorneys for Plaintiff*