

**T**HE **C**ITY OF **N**EW **Y**ORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**KAVIN THADANI**
*Senior Counsel*
Phone: (212) 356-2351
Fax: (212) 356-3509
kthadani@law.nyc.gov

August 1, 2016

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Re:  <u>Kenneth Creighton v. City of New York, et al.</u>, 1:12-cv-07454-PGG-DCF

Your Honor:

   I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter.

   Pursuant to Your Honor's Individual Rules of Practice, please find enclosed defendants' documentary trial exhibits organized sequentially.

   Thank you for your consideration in this regard.

Respectfully,

/s/ Kavin Thadani_____

Kavin Thadani
Senior Counsel
Special Federal Litigation

Encls.

cc:  **VIA ECF**
   Richard Gross, Esq.
   Michael Jaffe, Esq.
   *Attorneys for Plaintiff*