**Creighton v. City of New York** Docket 12-CV-7454 (PGG)

**Plaintiff's Exhibit List**

| Exh. | Description of Exhibit | |
|---|---|---|
| 1. | Certificate of Disposition of the criminal charges against plaintiff   P00020 | |
| 2. | Sworn statement of Fawaz Terab dated February 21, 2013   P00096 | |
| 3. | Photo Array | |
| 4. | Complaint-Follow-Up P00046 | |
| 5. | Spiral notebook maintained by defendant Glenn Godino ("Godino") referable to the subject investigation | |
| 6. | Defendants' Responses to First Set of Interrogatories | |
| 7. | Cl's Criminal History records (Redacted) | |
| 8. | Video of CI's May 2016 Deposition Testimony | |
| 9. | Criminal complaint sworn by defendant Roberts | |
| 10. | Crime Scene Unit Report   P00066-68 | |
| 11. | Unusual Occurrence Report P00157 | |
| 12. | Omniform System Complaints P00056-P00058 | |

| | | |
|---|---|---|
| 13. | Photographic Array    NYC004747 | |
| 14. | Photographic Array    NYC004590 | |
| 15. | Booking Arraignment Disposition Inquiry System (Spruell Records) NYC004761 - NYC004763 | |
| 16. | DVD provided during discovery depicting surveillance footage of the bodega on December 26, 2007 | |
| 17. | DD5 P00185 | |
| 18. | CRIMS Appearance History – CREIGHTON,KENNETH   NYC005509 | |
| 19. | DD5 or Complaint-Follow-Up Informational P00024 | |
| 20. | Signed statement of Fawaz Terab | |
| 21. | Grand Jury Minutes NYC000399 -NYC 000429 | |
| 22. | Indictment   P00098 | |
| 23. | DD5   P00161 | |
| 24. | DD5   NYC004458 | |
| 25. | Dior Creighton's Indictment | |
| 26. | Sprint record P00373 | |

| | | |
|---|---|---|
| 27. | Property clerk invoice P00362- P00372 | |
| 28. | MapQuest- map of area around incident P00325 | |
| 29. | Prior incident Spruell- NYPD computer inquiry NYC005402 | |
| 30. | Criminal History Record Search (CHRS) for CI | |
| 31. | Firearms Analysis Records P00291 - P00300 | |
| 32. | Criminal Court File Jacket P00063 - P00065 | |
| 33. | Alibi Notice Demand-DA P00012 | |
| 34. | §212-68 Confidential informant – NYPD Patrol Guide 2005 | |
| 35. | Complaint follow-up - Canvas-Ramos P00039 | |
| 36. | Complaint follow-up P00192 | |
| 37. | Complaint follow-up Canvass 1200 Union December 26, 2006, Ramos P00031 | |
| 38. | NYPD CSU diagram P00356 - P00357 | |
| 39. | NYPD Interview Super P00105 | |
| 40. | Canvas for cameras P00035 | |
| 41. | Interview of Ayala-victim P00046 | |

| | | |
|---|---|---|
| 42. | Follow-up 911's-no info P00029 | |
| 43. | Crime scene photos P00234 - P00271 | |
| 44. | Canvas 911-Ramos P00191 | |
| 45. | Canvas 816 1668th Street P00040 | |
| 46. | Interview Caldwell's wife-Rosado P00050 | |
| 47. | Canvas for witnesses P00038 | |
| 48. | NYPD CSU Diagram P00358- P00359 | |
| 49. | Complaint Follow Up, Clarke Canvass December 26, 2006 P00041 | |
| 50. | Interview Shannon P00104 | |
| 51. | Omniform Complaint-Lopez P00056 - P00058 | |
| 52. | Crime Scene Unit diagram P00355 | |
| 53. | Crime Scene Report P00066 - P00069 | |
| 54. | Complaint follow-up-canvas for witness P00194 | |
| 55. | Sprint Report P00377 -P00380 | |
| 56. | Complaint follow up – Ayala P00193 | |

| | | |
|---|---|---|
| 57. | Terab signed statement to Godino NYC004657 | |
| 58. | Photo Array-Dior P00360 | |
| 59. | Spruell mugshot used in photo array - retrieved December 31, 2006 P00107 | |
| 60. | Photo Array Terab ID of Dior Creighton NYC004590 | |
| 61. | Complaint follow up -Debrief Narcotics Arrestees P00189 | |
| 62. | Complaint follow up Canvass for Dior Creighton P00185 | |
| 63. | Ayala witness statement P00018 | |
| 64. | Dior Creighton mug shot retrieved January 2, 2007 P00095 | |
| 65. | Line up report January 3, 2007 P00323 - P00234 | |
| 66. | Lineup report P00110 | |
| 67. | Complaint follow up Canvass for Dior Creighton - by Godino January 4, 2007 P00186 | |
| 68. | Various Location Complaint follow up Canvass for Dior Creighton P00188 | |
| 69. | Complaint follow up Call to Probation P00024 | |
| 70. | Fax from District Attorney's Office to Godino NYC004926 | |
| 71. | Roberts Sworn Complaint - Kenneth Creighton NYC005207 | |

| | | |
|---|---|---|
| 72. | Omniform Arrest Kenneth Creighton - Talty authorized P00014 - P00015 | |
| 73. | May 27, 2016 email from Assistant District Attorney Burim Namani | |

.