AO 133   (Rev 8/06) Bill of Costs

DOCUMENT
ELECTRONICALLY FILED

10/16/2017

# UNITED STATES DISTRICT COURT

Southern   District of   New York

KENNETH CREIGHTON,   Plaintiff

V.

THE CITY OF NEW YORK, et al., Defendants

## BILL OF COSTS

Case Number: 12-cv-07454-PGG-DCF

Judgment having been entered in the above entitled action on ___2/15/2017___ against   Plaintiff, Kenneth Creighton ,
                                                                                Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | $ |
| Fees for service of summons and subpoena ........................................ *Agree with Objections Convenience of Counsel* | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0   709.13 |
| Fees and disbursements for printing .............................................. | |
| Fees for witnesses (itemize on page two) ......................................... *See receipt allowed 1 Copy for Service* | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | 74.25   239.52 |
| Docket fees under 28 U.S.C. 1923 ............................................... | 20.00 |
| Costs as shown on Mandate of Court of Appeals .................................... | |
| Compensation of court-appointed experts .......................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) .... Deposition Transcripts | 2,686.35   3,308.70 |
| *Done on Submission, Objections Filed and Taken into Consideration* | TOTAL  $   4,277.35 |
| | 2,780.60 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑   Electronic service by e-mail as set forth below and/or.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney:   Kavin Thadani, Senior Counsel

For:   The City of New York, Detective Dean Roberts (Shield No. 05861), et al.   Date:   9/29/2017
                                    Name of Claiming Party

Costs are taxed in the amount of   $ 2,780.60   and included in the judgment.

Kirby J. Kratcl

Clerk of Court   By: _____   10/16/2017
                    Deputy Clerk   Date

AO 133    (Rev. 8/06)  Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs."

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

KENNETH CREIGHTON,

Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE DEAN
ROBERTS (Shield No. 05861), DETECTIVE GLENN
GODINO (Shield No. 2756), POLICE OFFICERS
JOHN DOES 1-10 (names being fictitious and presently
unknown and intended to be employees of the NYPD
who were involved in Plaintiff's arrest, detention,
imprisonment, and/or prosecution), DISTRICT
ATTORNEY ROBERT T. JOHNSON, ASSISTANT
DISTRICT ATTORNEY BRUCE BIRNS A/K/A
BURNS, ASSISTANT DISTRICT ATTORNEY ED
TALTY a/k/a ED TULTY and ASSISTANT
DISTRICT ATTORNEY MICHAEL COOPER,

Defendants.

------------------------------------------------------------------------ x

**DECLARATION IN
SUPPORT OF
DEFENDANTS'
APPLICATION FOR
COSTS AGAINST
PLAINTIFF**

12-cv-07454-PGG-DCF

**KAVIN THADANI**, declares pursuant to 28 U.S.C. §1746 and under penalty of perjury

that:

1. I am a Senior Counsel in the Office of the Corporation Counsel of the City of

New York, and counsel for defendants, City of New York ("City"), Detective Dean Roberts

("Roberts"), Detective Glenn Godino ("Godino"), District Attorney Robert T. Johnson

("Johnson"), and Assistant District Attorney Bruce Birns ("Birns") (hereinafter collectively

referred to as "defendants") in this action. As such, I am familiar with the facts and

circumstances set forth herein.

2. I submit this Declaration in support of defendants' Bill of Costs and application

for an award of costs against plaintiff, Kenneth Creighton, in this action.

3. On October 4, 2012, defendants removed the instant action that plaintiff initially filed in Supreme Court, Bronx, New York to the United States District Court for the Southern District of New York ("the Court") located at 500 Pearl Street, New York, New York 10007. Thereafter, on or about August 21, 2013, plaintiff filed an amended complaint, wherein plaintiff alleged numerous claims of constitutional rights violations pursuant to 42 U.S.C. § 1983 ("Section 1983") and under New York State law in connection with his arrest on January 10, 2007 for two shootings that took place on December 26, 2006 in Bronx, New York, and in connection with his pre-trial detention that commenced with his arrest and terminated in early 2012.

4. Following a conference held on December 10, 2015 in which the Court expressed concern as to the viability of a number of plaintiff's claims, defendants filed a joint letter on behalf of the parties on December 23, 2015 identifying the claims that plaintiff consented to withdraw from this action.

5. Following a court conference held on May 19, 2016, and in response to a subsequent Court Order dated May 20, 2016, plaintiff filed a letter on May 26, 2016 indicating his intention to proceed in this matter with the following remaining claims: 1) false arrest under New York State law; (2) malicious prosecution under New York State law and under Section 1983; (3) denial of procedural and substantive due process pursuant to Section 1983; (4) unreasonably prolonged detention under Section 1983; (5) abuse of process pursuant to Section 1983; (6) conspiracy under Section 1983; and (7) failure to intervene under Section 1983.

6. On or about July 27, 2016, defendants filed a Motion for Summary Judgment on all of plaintiff's remaining claims. On this same date, plaintiff filed a Motion for Partial

- 2 -

Summary Judgment and a Motion for Sanctions Pursuant to Federal Rules of Civil Procedure 37 for alleged spoliation of evidence by defendants ("Plaintiff's Motion for Sanctions/Spoliation").

7.  On or about July 26, 2016, defendants filed their Reply Memorandum of Law in Support of their Motion for Summary Judgment, as well as their Opposition to Plaintiff's Motion for Partial Summary Judgment. Thereafter, on August 8, 2016, defendants filed their Opposition to Plaintiff's Motion for Sanctions/Spoliation.

8.  The Court, in its Memorandum Opinion & Order dated February 14, 2017, granted defendants' Motion for Summary Judgment in its entirety and denied both plaintiff's Motion for Partial Summary Judgment and plaintiff's Motion for Sanctions/Spoliation.

9.  On February 15, 2017, the Clerk of the Court executed and entered Judgment, a copy of which is annexed hereto as **Exhibit "A"**.

10.  Thereafter, on or about March 16, 2017, plaintiff filed a Notice of Appeal in the United States Court of Appeals for the Second Circuit as to the Judgment entered by the Clerk of the Court for the United States District Court for the Southern District (Gardephe, U.S.D.J.).

11.  On July 14, 2017, the United States Court of Appeals for the Second Circuit dismissed plaintiff's appeal and deemed the appeal in default after plaintiff-appellant had failed to file the requisite Appellant's Form D-P by July 11, 2017, thereby affirming the Judgment of the United States District Court for the Southern District of New York. A copy of the Mandate, issued by the United States Court of Appeals for the Second Circuit to the Court, was entered by the Court on August 30, 2017, and is attached hereto as **Exhibit "B"**.

12.  As the prevailing party, defendants now seek an award of costs as the prevailing party in accordance with Rule 54(d) (1) of the Federal Rules of Civil Procedure and Rule 54.1 of the Local Civil Rules of the Southern District of New York for the following items.

- 3 -

13.     Defendants submit a Bill of Costs dated September 29, 2017 for a total of $4,277.35 attached hereto as **Exhibit "C"**. The costs claimed are correctly stated, are allowable by law, and were necessarily incurred as stated herein.

I.      **Costs for Transcripts under Local Rule 54.1(c) (1).**

14.     On June 19, 2013, defendants incurred costs in the amount of $7.50 for the transcript of the plaintiff's underlying criminal court proceedings held on May 23, 2011 at the Bronx County Supreme Court, Criminal Term, that was necessarily obtained during discovery and was used in the preparation of, including, but not limited to, as well as submitted to the Court as exhibits to, the defendants' successful Motion for Summary Judgment, Reply Memorandum of Law in Support of their Motion for Summary Judgment, their Opposition to Plaintiff's Motion for Partial Summary Judgment, and/or their Opposition to Plaintiff's Motion for Sanctions/Spoliation.

15.     On June 26, 2016, defendants incurred costs in the amount of $17.50 for the transcript of the plaintiff's underlying criminal court proceedings held on January 19, 2012 at the Bronx County Supreme Court, Criminal Term, that was necessarily obtained during discovery and was used in the preparation of, including, but not limited to, as well as submitted to the Court as exhibits to, the defendants' successful Motion for Summary Judgment, Reply Memorandum of Law in Support of their Motion for Summary Judgment, their Opposition to Plaintiff's Motion for Partial Summary Judgment, and/or their Opposition to Plaintiff's Motion for Sanctions/Spoliation.

16.     On July 19, 2016, defendants incurred costs in the amount of $17.50 for the transcript of the plaintiffs' underlying criminal court proceedings held on December 13, 2007 at the Bronx County Supreme Court, Criminal Term, that was necessarily obtained during

- 4 -

discovery and was used in the preparation of, including, but not limited to, as well as submitted to the Court as exhibits to, the defendants' successful Motion for Summary Judgment, Reply Memorandum of Law in Support of their Motion for Summary Judgment, their Opposition to Plaintiff's Motion for Partial Summary Judgment, and/or their Opposition to Plaintiff's Motion for Sanctions/Spoliation.

17.     On December 22, 2015, defendants incurred a partial share of costs in the amount of $106.56 for the transcript of the proceedings of a status conference held before the Honorable Paul G. Gardephe (U.S.D.J) on December 10, 2015, which was split by the parties, and that was necessarily obtained for use in the preparation of, including, but not limited to, as well as submitted to the Court as exhibits to, the defendants' successful Motion for Summary Judgment, Reply Memorandum of Law in Support of their Motion for Summary Judgment, their Opposition to Plaintiff's Motion for Partial Summary Judgment, and/or their Opposition to Plaintiff's Motion for Sanctions/Spoliation.

18.     On June 9, 2016, defendants incurred costs in the amount of $143.52 for the transcript of the proceedings of a status conference held before Judge Gardephe on May 19, 2016, that was necessarily obtained for use in the preparation of, including, but not limited to, as well as submitted to the Court as exhibits to, the defendants' successful Motion for Summary Judgment, Reply Memorandum of Law in Support of their Motion for Summary Judgment, their Opposition to Plaintiff's Motion for Partial Summary Judgment, and/or their Opposition to Plaintiff's Motion for Sanctions/Spoliation.

19.     On May 22, 2012, defendants' incurred costs in the amount of $416.55 for the transcript of plaintiff's 50-H Hearing, that was necessarily obtained for use in the preparation of, including, but not limited to, as well as submitted to the Court as exhibits to, the defendants'

successful Motion for Summary Judgment, Reply Memorandum of Law in Support of their Motion for Summary Judgment, their Opposition to Plaintiff's Motion for Partial Summary Judgment, and/or their Opposition to Plaintiff's Motion for Sanctions/Spoliation.

20.     Therefore, as the prevailing party, pursuant to Local Rule 54.1(c) (1), defendants are entitled to the costs for these necessary transcripts. A true copy of each of the invoices received from the respective court reporters, together totaling $709.13, is annexed hereto as **Exhibit "D"**.

## II.     Costs for Depositions under Local Rule 54.1(c) (2).

21.     On June 3, 2015, defendants incurred costs totaling $510.00 for the deposition transcripts of non-party witnesses, Kijafa Spruell and Fawaz Terab, that were necessarily obtained during discovery, and excerpts of which were used in the preparation of, as well as submitted to the Court as exhibits to, the defendants' successful Motion for Summary Judgment, Reply Memorandum of Law in Support of their Motion for Summary Judgment, their Opposition to Plaintiff's Motion for Partial Summary Judgment, and/or their Opposition to Plaintiff's Motion for Sanctions/Spoliation.

22.     On May 4, 2016, defendants incurred costs totaling $662.00 for the deposition transcript of the non-party witness, Michael Raskin, that was necessarily obtained during discovery, and excerpts of which were used in the preparation of, as well as submitted to the Court as exhibits to, the defendants' successful Motion for Summary Judgment, Reply Memorandum of Law in Support of their Motion for Summary Judgment, their Opposition to Plaintiff's Motion for Partial Summary Judgment, and/or their Opposition to Plaintiff's Motion for Sanctions/Spoliation.

23.     On May 5, 2016 and on May 25, 2016, defendants incurred costs totaling $717.00 for the video deposition and transcript of a Confidential Informant, that were necessarily obtained during discovery, and excerpts of which were used in the preparation of, as well as submitted to the Court as exhibits to, the defendants' successful Motion for Summary Judgment, Reply Memorandum of Law in Support of their Motion for Summary Judgment, their Opposition to Plaintiff's Motion for Partial Summary Judgment, and/or their Opposition to Plaintiff's Motion for Sanctions/Spoliation.

24.     On May 26, 2016, defendants incurred costs totaling $106.50 for the deposition transcript of non-party witness, Paul LaDuca, that was necessarily obtained during discovery, and excerpts of which were used in the preparation of, as well as submitted to the Court as exhibits to, the defendants' successful Motion for Summary Judgment, Reply Memorandum of Law in Support of their Motion for Summary Judgment, their Opposition to Plaintiff's Motion for Partial Summary Judgment, and/or their Opposition to Plaintiff's Motion for Sanctions/Spoliation.

25.     On April 28, 2016 and on May 27, 2016, defendants incurred costs totaling $1,313.20 for the deposition and continuing deposition transcripts of the plaintiff, Kenneth Creighton, that were necessarily obtained during discovery, and excerpts of which were used in the preparation of, as well as submitted to the Court as exhibits to, the defendants' successful Motion for Summary Judgment, Reply Memorandum of Law in Support of their Motion for Summary Judgment, their Opposition to Plaintiff's Motion for Partial Summary Judgment, and/or their Opposition to Plaintiff's Motion for Sanctions/Spoliation.

26.     Therefore, as the prevailing party, pursuant to Local Rule 54.1(c) (2), defendants are entitled to the costs for these deposition transcripts.  A true copy of each of the invoices

received from the respective court stenographers, Diamond Reporting, Inc. and Bee Reporting Agency, Inc., together totaling $3,308.70, is annexed hereto as **Exhibit "E"**.

27.     Notably, the invoices from Diamond Reporting, Inc., the court stenographer for the plaintiff's depositions, indicated that an original and two copies of the deposition transcripts were provided.

28.     The Agency Chief Contracting Officer ("ACCO") of the New York City Law Department has confirmed that, pursuant to a contract then in effect between Diamond Reporting, Inc. ("Diamond") and the New York City Law Department, an original and two copies of a transcript are provided when this office requests a deposition to be recorded by stenographic means.

29.     This office's contract with Diamond prior to April 15, 2015 provided for a unit cost of $3.65 per page (the "unit cost") and this office's contract with Diamond beginning April 15, 2015 provided for a unit cost of $3.60 per page.  This per page unit cost of the transcript included the requirement that Diamond furnish two copies of the transcript.  A copy of a letter from Diamond Reporting, Inc. to this office dated February 23, 2011 representing this office's contract prior to April 15, 2015, and a copy of a letter from Diamond Reporting, Inc. to this office dated December 23, 2016 representing this office's contract beginning April 15, 2015, and reflecting the costs of its services provided through this office's contracts, are annexed hereto as **Exhibit "F"**.

30.     Had defendants only requested an original and one copy, defendants would have paid the same contractual unit cost per page.  Therefore, the second copy of the transcripts was not obtained at an additional cost.

31.     Nonetheless, to the extent that the Court determines that some reduction in the cost of the transcripts is appropriate, the proper rate for duplication of the second copy of the transcript is \$.10 per page for depositions held prior to April 15, 2015 and \$.12 per page for depositions held after April 15, 2015, as referenced in the aforementioned letters to this office from Diamond.

### III.     Costs for Exemplification and Copies of Papers under Local Rule 54.1(c) (5).

32.     Defendants also submit a bill for the costs of duplicating three copies each of their successful Motion for Summary Judgment filed and served with the Court on June 27, 2016; three copies of their Reply Memorandum of Law in Support of their Motion for Summary Judgment, along with three copies of their Opposition to Plaintiff's Motion for Partial Summary Judgment, both filed and served with the Court on July 26, 2016; and three copies of their Opposition to Plaintiff's Motion for Sanctions/Spoliation, filed and served with the Court on August 8, 2016; which taken together, were fully granted by the Court pursuant to its Memorandum Opinion & Order dated February 14, 2017.

33.     As the prevailing party, pursuant to Local Rule 54.1(c) (5), defendants are entitled to these costs in the amount of \$239.52. A true copy of each of the invoice from The New York City Law Department's Copy Center is annexed hereto as **Exhibit "G"**.

### IV.     Costs Under 28 U.S.C. §1923.

34     Further, defendants are entitled to an additional \$20.00 pursuant to 28 U.S.C. §1923.

35.     Thus, the total costs incurred by the defendants pursuant to Local Rule 54.1 in the defense of this action are \$4,277.35.

**WHEREFORE,** it is respectfully requested that the Clerk issue an Order granting the

defendants costs in the amount of $4.277.35.

Dated:      New York, New York
             September 29, 2017

Kavin Thadani
*Senior Counsel*
*Special Federal Litigation Division*

cc:    VIA ECF
      Michael Eliot Jaffe
      Pazer & Epstein, P.C.
      20 Vesey Street, #700
      New York, NY 10007
      Email: mjaffe@pazerandepstein.com

      Richard A. Gross
      Rubert & Gross, P.C.
      150 Broadway, Suite 712
      New York, NY 10038
      Tel.: (212) 608-3103
      Fax: (212) 608-1316
      Email: richardgrosscourt@yahoo.com
      *Attorneys for Plaintiff*

# EXHIBIT A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2/15/17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

KENNETH CREIGHTON,

                              Plaintiff,                    12 **CIVIL** 7454 (PGG)

              -against-                                     **JUDGMENT**

THE CITY OF NEW YORK, DETECTIVE DEAN
ROBERTS (Shield No. 05861), DETECTIVE
GLENN GODINO (Shield No. 2756), ASSISTANT
DISTRICT ATTORNEY BRUCE BIRNS,
ASSISTANT DISTRICT ATTORNEY ED TALTY
a/k/a ED TUTLY, and ASSISTANT DISTRICT
ATTORNEY MICHAEL COOPER,
                              Defendants.
-----------------------------------------------------------------X

       Defendants having moved for summary judgment on all of Plaintiff's remaining claims, and

Plaintiff having moved for summary judgment on his claims for (1) false arrest under New York law

as against all Defendants other than Michael Cooper; (2) malicious prosecution under New York law

as against the City and Defendants Glenn Godino and Dean Roberts; (3) malicious prosecution

under Section 1983 as against Defendants Godino and Roberts; and (4) deprivation of his Due

Process rights under Section 1983 as against Defendant Godino; and Plaintiff having also moved

for sanctions pursuant to Federal Rule of Civil Procedure 37 based on Defendants' alleged spoilation

of evidence, and the matter having come before the Honorable Paul Gardephe, United States District

Judge, and the Court, on February 14, 2017, having rendered its Memorandum Opinion & Order

granting Defendants' motion for summary judgment (Dkt. No. 164); and denying Plaintiff's motions

for sanctions and for partial summary judgment (Dkt. Nos. 172, 173) and directing the Clerk of

Court to close this case, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum Opinion & Order dated February 14, 2017, Defendants' motion for summary

judgment is granted.  Plaintiff's motions for sanctions and for partial summary judgment are denied;

accordingly, the case is closed.

**Dated:**  New York, New York
February 15, 2017

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____

*Knango*

**Deputy Clerk**

# EXHIBIT B

MANDATE

Case 1:12-cv-07454-PGG-DCF Document 251 Filed 08/30/17 Page 1 of 1

for the
**SECOND CIRCUIT**

N.Y.S.D. Case #
12-cv-7454(PGG)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of July, two thousand and seventeen,

Kenneth Creighton,

        Plaintiff - Appellant,

v.

City of New York, Detective Dean Roberts, Shield No. 05861, Detective Glenn Godino, Shield No. 2756, Assistant District Attorney Bruce Birns, Assistant District Attorney Ed Talty, AKA Ed Tulty,

        Defendants - Appellees,

P.O. John Doe #1, P.O. John Doe # 2, P.O. John Doe # 3, Detective John Doe # 1, Detective John Doe # 2, Detective John Doe # 3 (all John Does defendants being fictitious names to denote Unidentified officers and detectives involved herein), District Attorney Robert T. Johnson, Assistant District Attorney Michael Cooper, Police Officers John Does 1-10, (names being fictitious and presently unknown and intended to be employees of the NYPD who were involved in Plaintiff's arrest, detention, imprisonment, and/or prosecution),

        Defendants.

**ORDER**
Docket Number: 17-754

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** August 30, 2017

A notice of appeal was filed on March 16, 2017. Appellant's Form D-P was due July 11, 2017. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective August 4, 2017 if the form is not filed by that date.

**A True Copy**
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

MANDATE ISSUED ON 08/30/2017

# EXHIBIT C

# EXHIBIT D

**VOUCHERED**

**DATE:** 7/15/13

INV. AMT. PAID: $ 7.50

V# 201 000006

INV. #: 14-Creighton-Eg..

SVS# PERIOD 0/0 TO 8/13

AG. 025 B/C 020 DET. OBJ. 5220

REF. DOC. _____ TRANSCRIPT ORDER and Bill

Fax:212-788-9776     Jun 19 2013 03:13pm  P001/002

0000097962

**IU-14**

**APPROVED**
By Sandra Longshore at 9:09 am, Jun 12, 2013

**The City of New York**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A CARDOZO

SANDRA LONGSHORE
212-341-2632
Fax: 212-788-9776
slongsho@law.nyc.gov

Supreme Court of the State of New York
County of Bronx
265 East 161st Street
Bronx, NY 10451

2013-006438SF

Re: Kenneth Creighton v. City of New York, et al.

**PRIOR APPROVAL IS REQUIRED FOR EXPEDITED/OVERNIGHT TRANSCRIPT**

DATE OF ORDER: June 19, 2013
DOCKET/ INDICTMENT NO.: 00639-2007
DATE(S): May 23, 2011
PART: 80
JUDGE: Oliver, E

DATE REQUIRED July 3, 2013
[X] Regular (10 Days-2 Weeks)
$2.50 per page
[ ] Expedited (Five Working Days)
$3.15 per page
[ ] Daily (Overnight)
$3.75 per page

REQUESTED BY: Sandra Longshore
Paralegal
Telephone: 212-341-2632   Room: 3-142a

*************************************************************

**REPORTER'S BILL FOR TRANSCRIPTION OF MINUTES**
**(To be completed by Reporter Only)**

Reporter's Name: Xionara Carias-Mier
Social Security Number: 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 (Necessary for payment)

61 Lakeview Drive Unit 55 Hamburg NJ 0791
Forward check to this address

3 pages at $ 2.50 per page $ 7.50

*************************************************************

I HEREBY CERTIFY that the claim specified herein is for articles received, services rendered, or amounts expended for the City of New York... as to prizes and amounts that it was necessary for the proper transaction of the business of ... Department, and that it was incurred solely for the benefit of the City of New York.

Transcript received on 7.8.13 by _____

Case Number _____

2012 · 006428

0001143657 2

ENTERED

6 22 16

17:50

2016 000 6464

16 - Creighton

MICHAEL A. CARDOZO
Corporation Counsel
6/20/16 TO 6/20/16

B/C ODC  DEF. OBJ.

REF. DOC.

The City of New York
LAW DEPARTMENT
100 CHURCH STREET
N.Y. 10007

SANDRA LONGSHORE
212-341-2632
FAX 212-788-5776
slongsho@law.nyc.gov

TRANSCRIPT ORDER and BILLING FORM

IY-16

Supreme Court of the State of New York
County of Bronx
265 East 161st Street
Bronx, NY 10451
Attn: Vanessa James  ( Fax# 917-522-8620)

Re: People v. Dior Creighton

*PRIOR APPROVAL IS REQUIRED FOR EXPEDITED/OVERNIGHT TRANSCRIPT*

DATE OF ORDER:  May 10, 2016
DOCKET/INDICTMENT NO.:  0626-2007
DATE(S):  January 19, 2012
PART:  80
JUDGE:  Alvarado

DATE REQUIRED
[X] Regular (10 Days-2 Weeks)
$2.50 per page
[ ] Expedited (Five Working Days)
$3.15 per page
[ ] Daily (Overnight)
$3.75 per page

REQUESTED BY:  Sandra Longshore
Paralegal
Telephone: 212-341-2632  Room: 3-192a

REPORTER'S BILL FOR TRANSCRIPTION OF MINUTES
(To be completed by Reporter Only)

Reporter's Name: Vanessa James
Social Security Number:  58C 19-8746  (Necessary for payment)

75 King High Pay, Unit 5, New Rochelle, New York 10801
Forward check to his address)

7 pages at $ 2.50  per page = $ 17.50

I HEREBY CERTIFY that I claim the above sum as just and true in amount, that the amount was necessarily expended for the City of New York; that it is correct, due and unpaid; that no part of the amount for which this voucher is submitted has been paid; and that this transaction, and the disbursement for this transaction, was the performance of the business of the Department, and was incurred solely for the benefit of the City of New York and that no prior voucher has been submitted for the article(s) enumerated herein.

Transcript received  in  6/20/16  by  S. Longshore

Case Number  2012-006428

INCLUDE TITLE HERE  DATE

VOUCHERED
DATE: 7/19/16

INV AMT $ 17.50

V2012000202

A-Creighton-Kenneth

0000 971583

2012-006428

FU-17

The City of New York
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

SANDRA C. LANGENSIEKE
...

TRANSCRIPTION ORDER and BILLING FORM (Revised Request)

Supreme Court of the State of New York

Re: Kenneth Creighton v. City of New York, et al.

*PRIOR APPROVAL IS REQUIRED FOR EXPEDITED/OVERNIGHT TRANSCRIPT*

DATE OF ORDER: July 1, 2016
DATE REQUIRED: July 15, 2016
DOCKET/INDICTMENT NO.: 00659-2007
[X] Regular (10 Days/2 Weeks)
$2.50 per page
DATE(S): 12/18/2007
[ ] Expedited (Five Working Days)
$3.15 per page
PART: 40
[ ] Daily (Overnight)
JUDGE: Walker
$3.75 per page

APPROVED

B. Baysh 7/19/16

ORDERED BY: Sandra Langensieke

*******************************************************

REPORTER'S BILL FOR TRANSCRIPTION OF MINUTES
(To be completed by Reporter Only)

Reporter's Name: Pinhana, Carminni

Social Security Number:

305 E. 141st St, AM 204, BRONX, NY 10451
forward check to this address

pages @ $2.50 per page = $17.50

I HEREBY CERTIFY that the charge specified herein is for monies received, services rendered, or amounts expended for the City of New York and that it is correct as to prices and amount, that it was necessary for the proper function of the business of the Department, and that it was incurred solely for the benefit of the City of New York.

2016 JUL 13 AM 10:35
RECEIVED FISCAL UNIT NYC LAW DEPT.

2016 JUL 18 PM 12:01
RECEIVED FISCAL UNIT NYC LAW DEPT.

VOUCHERED

DATE: 12/22/15

INV. AMT. PAID: $ 53.28

V2016000311?

INV. # 16 - Creighton

SVS. PERIOD 12/10/15 TO 12/10/15

AG. 025  : B/C  000  : DET. OBJ. 6220

REF. DOC _____/_____/_____

1

RECEIVED
2015 DEC 21 PM 4:19
FISCAL UNIT
NYC LAW DEPT.

2015 DEC 21 PM 4:19

SALESPERSO'

Pozer Epstein & Jaffe
20 Vesey Street
Suite 700
New York, NY 10007
Attention Michael Jaffe

*PAYMENT IS

JOB DATE       CREIGHTON V NYC

CASE NO.    12CV07454

12/10/2015    Original                                    16.00   Pages at

Sale

XXXXXXXXX9603
AMEX          Entry Method: Manual
12/05/15             13:05:49
Inv #: 000035      Appr Code: 226304
Approved: Online    Batch#: 000097
AVS Code: Z
V-Code: Y

Total:          $        106.56

Customer Copy
THANK YOU

Les

FI

## Invoice

SOUTHERN DISTRICT REPORTERS PC
Tax ID No. 13-2775946

INVOICE NO.:  0469058-IN
INVOICE DATE:  05/26/16

500 Pearl St.
Room 330
New York, NY 10002
Tel No. (212) 805-0300

CUSTOMER NO.:  0000005
WORK ORDER NO.:  168146
SALESPERSON:  CSIW

2012 - 006428

New York City Law Department
100 Church Street
Fiscal Section (VIDYA)
New York, NY 10007
Attention: Kevin Thadani

TY-16

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | CREIGHTON V NYC | | | | |
|---|---|---|---|---|---|
| | CASE NO. | 12CV07454 | | | |
| 5/19/2016 | Original | 46.00 | Pages at | $3.12 | 143.52 |

I HEREBY CERTIFY:     That this claim specified herein is for articles)
received, services rendered, or amounts expended for the City of New York,
that it is correct as to prices and amounts, and that it was necessary for
the proper transaction of the business of the department and that it was
incurred solely for the benefit of the City of New York.

_Ka Tud_                    _6/16/16_
NYC LAW STAFF              DATE

# VOUCHERED
## DATE: 6/9/16

INV. AMT. PAID: $ 143.52

V# 2016.000.6160
INV. # 16 - 0469058 IX

SVS. PERIOD 5/19/16 TO 5/19/16

| | Net Invoice: | 143.52 |
|---|---|---|
| | Less Discount: | 0.00 |
| | Freight: | 0.00 |
| | Sales Tax: | 0.00 |
| | Invoice Total: | 143.52 |

AG 005   B/C 020 : DET. OBJ. 6220

REF. DOC. _____ / _____ / _____

WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
CARDS

11:21 Hd  L- NNr 9102

2016 JUN -1  PH 4:47

2016 JUN -7  PM 12:11



# Diamond Reporting, Inc.

16 Court Street • Suite 907 • Brooklyn, NY 11241
T: 718.524.7200 • 800.855.1772 • www.diamondreporting.com

NEW YORK CITY LAW DEPARTMENT
PIN # 02507X100A17
100 CHURCH STREET, FISCAL SECTION-ROOM 5-121
NEW YORK, NY 10007

LORI MANNING, ESQ.

CREIGHTON, KENNETH VS CITY OF NEW YORK, DET. DEAN
ROBERTS, DET. GLENN GODINO, ETAL
FILE NO.: 2012-006428

**INVOICE NO.:** 12052211701

**INVOICE DATE:** 6/1/2012

**REPORTER:**
KIYOKO PANZELLA

**TAX ID #:** 11-266-5545

**BILLER ID:** SS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 5/23/2012 | 50-H HEARING IN THE ABOVE-ENTITLED MATTER KENNETH CREIGHTON 96PP+11PGS OF W.I. ORIGINAL & COPIES - YOUR CHARGE | 390.55 |
| | APPEARANCE (AM) YOUR CHARGE | 26.00 |
| | CONTROL #: CCC04311 | |

| | |
|---|---|
| SUB TOTAL | $416.55 |
| PAID | $0.00 |
| BALANCE DUE | $416.55 |

I HEREBY CERTIFY: That the claim specified herein is for articles received, services rendered or expenses incurred for the City of New York, that it is correct as to prices and amounts and that it was necessary for the proper transaction of the ... Department and that it was incurred solely for the ... ... New York.

_Assistant Corporation Counsel_   Date

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **
WE ACCEPT AMERICAN EXPRESS, VISA AND MASTERCARD
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT, THANK YOU
PLEASE RETURN THIS COPY WITH PAYMENT

Make checks payable to: Diamond Reporting, Inc.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover   ☐ Diners Club   ☐ Check

Credit Card #:
Exp. Date:                    Security Code:
Name on Card:

DIAMOND DEPOSITION CENTERS

New York Offices:
Manhattan, Brooklyn, Bronx,
Queens, Staten Island,
Melville, Mineola, White Plains

New Jersey Offices:
Englewood Cliffs, Marlton

# EXHIBIT E



0000613538

BEE REPORTING AGENCY, INC.
55 MAPLE AVENUE, SUITE 204
ROCKVILLE CENTRE, NEW YORK 11570
212-327-3500    516-485-2222
11-3293315
www.beereporting.com    e-mail: beereport@aol.com

STEVEN SILVERBERG, ESQ.                     June 10, 2015
ZACHARY W. CARTER, ESQ.
NEW YORK CITY LAW DEPT.                      Invoice# 15-3527A
100 CHURCH STREET
NEW YORK, NY 10007-2601                      Balance:    $510.00

Re: CREIGHTON VS CITY OF NEW YORK, ET AL
    of 06/03/15 (Recd of 06/10/15
    by JOSHUA NYSTRODERG

2012-006428

Charge Description                                           Amount
COPY YOUR SHARE KIJANA SPROULL 155 PAGES                     438.00
         FAWAZ TERAB 137 PAGES
DOUBLE APPEARANCE FEE                                         60.00
POSTAGE & HANDLING                                            12.00

I HEREBY CERTIFY:   That this claim specified herein is for article(s)
received, services rendered, or amounts expended for the City of New York,
that it is correct as to prices and amounts, and that it was necessary for
the proper transaction of the business of the department and that it was
incurred solely for the benefit of the City of New York.

_____         6/18/15
NYC LAW STAFF              DATE

VOUCHERED
DATE: 6/25/15

P l e a s e                      Total Due:    $510.00
AMT PAID   $510.00
Z06000746%
15-3527A

PERIOD 6/3/15 TO 6/3/15
DET.OBJ. 6220

SAVE POSTAGE   OUR FAX NUMBER IS 516-594-2494

**Diamond**
Reporting & Legal Video
1.877.624.3287 • www.diamondreporting.com

F746

of 1

NEW YORK CITY LAW DEPARTMENT
PIN # 02507X100A17
100 CHURCH STREET, FISCAL SECTION-ROOM 5-121
NEW YORK, NY 10007

KAVIN THADANI, ESQ.

CREIGHTON, KENNETH VS CITY OF NEW YORK, DET. DEAN
ROBERTS, DET. GLENN GODINO, ETAL
INDEX NO: 12-CV-7454

LAW MANAGER NO: 2012-006428
CONTROL NO: 161497

INVOICE NO.:  16050413501
INVOICE DATE: 5/19/2016

REPORTER:
TONIANN COCCA

TAX ID #:  11-266-5545

BILLER ID: RT

2016 MAY 24   PM 4:32

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/4/2016 | DEPOSITION OF A NON-PARTY WITNESS, MICHAEL RASKIN 150PP+20PGS W.I. ORIGINAL & 2 COPIES - YOUR CHARGE | 512.00 |
| | APPEARANCE (AM & PM) YOUR CHARGE | 50.00 |
| | CONTROL #161497 | |

| | |
|---|---|
| SUB TOTAL | $662.00 |
| PAID | $0.00 |
| BALANCE DUE | $662.00 |

I HEREBY CERTIFY:      That this claim specified herein is for the article(s) received, services rendered, or amounts expended for the City of New York that it is correct as to prices and amounts, and that it was necessary for the proper transaction of the business of the department and that it was incurred solely for the benefit of the City of New York.

_____          5/24/16
NYC LAW STAFF                         DATE

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **
WE ACCEPT ALL MAJOR CREDIT CARDS
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU
PLEASE RETURN THIS COPY WITH PAYMENT
***PLEASE SEND PAYMENT TO: 16 COURT STREET, SUITE 507, BROOKLYN, NY 11241***

Make checks payable to:  Diamond Reporting, Inc.

☐ Visa     ☐ MC     ☐ Amex     ☐ Discover     ☐ Check

Credit Card #:
Exp. Date:
Name on Card:           Security Code:

DIAMOND DEPOSITION CENTERS

New York Offices:
Manhattan, Brooklyn, Bronx,
Queens, Staten Island,
Melville, Mineola, White Plains

New Jersey Office:
Englewood Cliffs

2018 MAY 20   P 4 4:51

... REPORTING AGENCY, INC.

I HEREBY CERTIFY:   That this claim specified herein is for article(s)
received, services rendered, or anima's uphcided for the City of New York,
that it is correct as to prices and ... and that it was necessary for
the proper transaction of the bus... ... department and that it was
in... for the benefit of the City of New York.

NYC LAW STAFF                               DATE

0000613538

**BEE REPORTING AGENCY, INC.**
55 MAPLE AVENUE, SUITE 204
ROCKVILLE CENTRE, NEW YORK 11570
212-327-3500    516-485-2222
12-3293315
www.beereporting.com      billing@beereporting.com

F4/16

KEVIN TRADANI, ESQ.
ZACHARY W. CARTER, ESQ.
NEW YORK CITY LAW DEPT.
100 CHURCH STREET
NEW YORK, NY 10007-2601

January 11, 2017

Invoice# 16-3059B

Balance:     $75.00

Re: CREIGHTON VS CITY OF NEW YORK, ET AL
    on 05/25/16   Billed 06/27/16              <-- 198 Days Old!
    by NANCY LASPARIS

| Charge Description | | Amount |
|---|---|---|
| 114 PAGES | | 75.00 |

FILE #: 2011-006428

V/13/13

**VOUCHERED**
DATE: 1/18/17

INV AMT PAID $ 75.00

2017.0003561
16-6-3059B          - - - - >   Total Due:      $75.00

SVS PERIOD 5/25/16 - 5/25/16     American Express

VC 007          DET.OBJ  6220

FED.DOC _____/_____/_____

Cap. Lease _____ Security Deposit _____ Total Amt $_____

Signature: _____

SAVE POSTAGE - OUR FAX NUMBER IS 516-594-2402

This invoice is 198 days past due, Please Remit - Thank You!
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**BEE REPORTING AGENCY, INC.**
55 MAPLE AVENUE, SUITE 204
ROCKVILLE CENTRE, NEW YORK 11570
212-327-3500   516-485-2222
11-3293315
www.beereporting.com      billing@beereporting.com

KAVIN THADANI, ESQ.
ZACHARY W. CARTER, ESQ,
NEW YORK CITY LAW DEPT.
100 CHURCH STREET
NEW YORK, NY 10007-2601

June 6, 2016

Invoice# 16-3060A

Balance:   $106.50

Re: CREIGHTON VS CITY OF NEW YORK, ET AL
    on 05/26/16   Billed 06/06/16

F4-16

Charge Description                                        Amount
COPY: PAUL LaDUCA 71 PAGES                               106.50

FILE #: 2012-006428

VOUCHERED

DATE: 6/16/16

INVAMT PAGES   106.50

V 2016006322

16-16-3060A

                                    - - - >   Total Due:   $106.50

SVS. PERIOD 5/26/16-5/26/16   American Express

AG. 025  Code Sider HERE   T. OBJ. 6220

REF. DOC. _____ Exp. Date _____ Security Code: _____ Total Amt.$ _____

Signature: _____

SAVE POSTAGE - OUR FAX NUMBER IS 516-594-2424



Diamond
Reporting & Legal Video
T.877.624.3287 • www.diamondreporting.com

T-76

NEW YORK CITY LAW DEPARTMENT
PIN # 02507X160A17
100 CHURCH STREET, FISCAL SECTION-ROOM 5-121
NEW YORK, NY 10007

KAVIN THADANI, ESQ.

CREIGHTON, KENNETH VS CITY OF NEW YORK, DET. DEAN
ROBERTS, DET. GLENN GODINO, ETAL
INDEX NO: 12-CV-7454

LAW MANAGER NO: 2012-006428
CONTROL NO: 161420

INVOICE NO.:   16042810901
INVOICE DATE: 5/6/2016

REPORTER:
RISA KARR

TAX ID #:  11-266-5545

BILLER ID: RT

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 4/28/2016 | DEPOSITION OF THE PLAINTIFF, | |
| | KENNETH CREIGHTON 115PP+14PGS W.I. | |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | 464.40 |
| | APPEARANCE (AM & PM) YOUR CHARGE | 50.00 |
| | | |
| | CONTROL #:161420 | |

I HEREBY CERTIFY.          That this claim specified herein
is for the article(s) received, services rendered, or
amounts expended for the City of New York that it is
correct as to prices and amounts, and that it was
necessary for the proper transaction of the business of
the department and that it was incurred solely for the
benefit of the City of New York.

NYC LAW STAFF                    DATE

SUB TOTAL        $514.40
PAID               $0.00
BALANCE DUE      $514.40

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **
WE ACCEPT ALL MAJOR CREDIT CARDS
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU

COPY
***PLEASE SEND PAYMENT TO: 16 COURT STREET, SUITE 907, BROOKLYN, NY 11241***

DIAMOND DEPOSITION CENTERS

New York Offices
Manhattan, Brooklyn, Bronx,
Queens, Staten Island,
Melville, Mineola, White Plains
. . . . . . . . . . . .
New Jersey Offices
Englewood Cliffs



**Diamond**
Reporting & Legal Video
1.877.624.3287 • www.diamondreporting.com

NEW YORK CITY LAW DEPARTMENT
PIN # 02507X100A17
100 CHURCH STREET, FISCAL SECTION-ROOM 5-121
NEW YORK, NY 10007

KAVIN THADANI, ESQ.

INVOICE NO.:  16052706201
INVOICE DATE: 6/9/2016

REPORTER:
EVANGUELIA GALARZA

CREIGHTON, KENNETH VS CITY OF NEW YORK, DET. DEAN
ROBERTS, DET. GLENN GODINO, ETAL
INDEX NO: 12-CV-7454

TAX ID #:  11-266-5545

BILLER ID: SS

LAW MANAGER NO: 2012-006428
CONTROL NO: 161791

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 5/27/2016 | DEPOSITION OF THE PLAINTIFF, KENNETH CREIGHTON 175PP+18PGS OF W.I. ORIGINAL & 2 COPIES - YOUR CHARGE | 694.80 |
| 5/27/2016 | CONFIDENTIAL PORTION OF THE DEPOSITION OF THE PLAINTIFF, KENNETH CREIGHTON 13PP+2PGS OF W.I. ORIGINAL & 2 COPIES - YOUR CHARGE | 54.00 |
| | APPEARANCE (AM & PM) YOUR CHARGE | 50.00 |
| | EMAILED TRANSCRIPTS***COURTESY*** | |

|  | |
|--|--|
| SUB TOTAL | $798.80 |
| PAID | $0.00 |
| BALANCE DUE | $798.80 |

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **
WE ACCEPT ALL MAJOR CREDIT CARDS
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU
COPY
***PLEASE SEND PAYMENT TO: 16 COURT STREET, SUITE 907, BROOKLYN, NY 11241***

DIAMOND DEPOSITION CENTERS

New York Offices:
Manhattan, Brooklyn, Bronx,
Queens, Staten Island, Dutchess,
Melville, Mineola, Orange, Rockland,
Sullivan, White Plains, Ulster/
New Jersey

**VOUCHERED**
DATE: 7/7/16
INV. AMT PAID $ 798.80
V#: 16-62.23
INV #: 16.16052070201
SVS. PERIOD 5/27/16
AG 0 25 IBC 021
REF. DOC. CTJ 025

# EXHIBIT F



**Diamond**
**Reporting & Legal Video**
*Serving the legal community since 1980*

February 23, 2011

Tom Dowling
Deputy Agency Chief Contracting Officer
New York City Law Department, Room 6-204
100 Church Street
New York, New York 10007

Dear Mr. Dowling:

You have inquired about the cost associated with the copies of a deposition when an original and two copies are delivered to the client, in this case, the New York City Law Department pursuant to its contract. The vast majority of the cost for the creation and delivery of 'an original and two copies' of a deposition transcript is incurred by virtue of the appearance of the stenographic reporter at the deposition, the reporter's capture of the deposition by means of stenographic note taking, and the transformation of the reporter's stenographic notes into the word processed document that becomes the 'original' of the deposition transcript.

This holds true regardless of the time frame within which the transcript is generated (ten day turn-around, three day turn-around or overnight turn-around) and regardless of the type of Appearance fee (regular A.M. or P. M. session or weekend, evening or holiday session).

Taking into account the cost of paper, the utilization of our copiers and associated labor costs for managing the reproduction, the cost for each page of photocopied transcript is approximately $0.10. This holds true for the first copy as well as the second copy. In order to ascertain, for reimbursement or other purposes internal to the Department, the cost of an original and one copy of a transcript, the Department would subtract from the total invoice cost a dollar amount derived by multiplying the total number of pages by $0.10 and subtracting that amount out of the original invoiced price.

Yours truly,

Jane Y. Sacldieim

Diamond Reporting, Inc.

**DEPO CENTERS:** Brooklyn ♦ Queens ♦ Manhattan ♦ Bronx ♦ Staten Island ♦ Mineola ♦ White Plains ♦ Englewood Cliffs, NJ ♦ Marlton, NJ

16 Court Street, 9th Floor ♦ Brooklyn, NY 11241 ♦ Tel: 718.624.7200 ♦ 877.624.EBTS (3287) ♦ Fax: 718.855.1772
www.diamondreporting.com



**Diamond**
Reporting & Legal Video

December 23, 2016

Esther Tak
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Dear Ms. Tak:

You have inquired about the cost associated with the copies of a deposition when an original and two copies are delivered to the client, in this case, the New York City Law Department pursuant to its contract. The vast majority of the cost for the creation and delivery of "an original and two copies' of a deposition transcript is incurred by virtue of the appearance of the stenographic reporter at the deposition, the reporter's capture of the deposition by means of stenographic note taking, and the transformation of the reporter's stenographic notes into the word processed document that becomes the 'original' of the deposition transcript.

This holds true regardless of the time frame within which the transcript is generated (ten day turn-around, three day turn-around or overnight turn-around) and regardless of the type of Appearance fee (regular A.M. or P.M. session or weekend, evening, or holiday session).

Taking into account the cost of paper, the utilization of our copiers and associated labor costs for managing the reproduction, the cost for each page of photocopied transcript is approximately $0.12. This holds true for the first copy as well as the second copy. In order to ascertain, for reimbursement or other purposes internal to the Department, the cost of an original and one copy of a transcript, the Department would subtract from the total invoice cost a dollar amount derived by multiplying the total number of pages by $0.12 and subtracting that amount out of the original invoiced price.

Yours truly,

Jane Y. Sackheim
Diamond Reporting, Inc.

DEPOSITION CENTERS: Brooklyn ◊ Manhattan ◊ Queens ◆ Bronx ◆ Staten Island ◆ Nassau ◊ Suffolk ◊ Westchester
Orange ◆ Rockland ◆ Putnam ◊ Sullivan ◊ Dutchess ◆ Ulster ◆ New Jersey

16 Court Street, 9th Floor ◊ Brooklyn, NY 11241 ◆ 877.624.3287 ◊ Fax: 718.855.1772
www.diamondreporting.com

# EXHIBIT G

NO. 00331

**LAW DEPARTMENT**
100 Church Street
New York, N.Y. 10007

*The City of New York*

## INVOICE FOR SERVICES RENDERED BY
## THE LAW DEPARTMENT'S COPY CENTER

TO: Mr. Kenneth Creighton

ADDRESS: C/O Pazer & Epstein, P.C.

20 Vesey Street, #700

New York, New York 10007

ATTENTION: Michael E. Jaffe, Esq.

NAME OF CASE: Kenneth Creighton v. The City of New York, et al.

NYCLIS NUMBER: 2013-000179    12 Civ. 7454 [SDNY]

TYPE OF DOCUMENT: Defendant's Summary Judgment Motion, Reply & Opposition Papers

As agreed, the Law Department has reproduced the following: 499 pages x 3 = 1,497 pages

-- No. of originals submitted

-- No of copies made @ $0.15 each   1,497 pgs x $0.15 =    ~~$224.55~~ 74.85

-- Binding at $0.01 per page/per copy: 1,497 pgx x $0.01=    ~~$14.97~~ ○
   Total pages bound:

-- Total cost, copying and binding:    ~~$239.52~~

\* PLEASE MAKE YOUR CHECK PAYABLE TO:

   THE CITY OF NEW YORK
   LAW DEPARTMENT
   100 CHURCH STREET
   NEW YORK, NEW YORK 10007
   ATTENTION: CASHIER'S OFFICE, ROOM 5-B-1

$74.85

Please remit a copy of this invoice with your check.

*Print*   Kavin Thadani, Senior Counsel.    Date: 9/28/17

Division: SFLit

CLIENT COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

**NOTICE OF APPLICATION
FOR COSTS SOUGHT
AGAINST PLAINTIFF**

KENNETH CREIGHTON,

Plaintiff,     12-cv-07454-PGG-DCF

-against-

THE CITY OF NEW YORK, DETECTIVE DEAN
ROBERTS (Shield No. 05861), DETECTIVE
GLENN GODINO (Shield No. 2756), POLICE
OFFICERS JOHN DOES 1-10 (names being
fictitious and presently unknown and intended to be
employees of the NYPD who were involved in
Plaintiff's arrest, detention, imprisonment, and/or
prosecution), DISTRICT ATTORNEY ROBERT T.
JOHNSON, ASSISTANT DISTRICT ATTORNEY
BRUCE BIRNS A/K/A BURNS, ASSISTANT
DISTRICT ATTORNEY ED TALTY a/k/a ED
TULTY and ASSISTANT DISTRICT ATTORNEY
MICHAEL COOPER,

Defendants.

----------------------------------------------------------------- x


**PLEASE TAKE NOTICE** that, upon defendants' Bill of Costs, the Declaration

of Kavin Thadani dated September 29, 2017, and the exhibits annexed thereto, and all other

pleadings and proceedings herein, defendants will move this Court before the Judgment Clerk at

the United States Courthouse for the Southern District of New York, located at 500 Pearl Street,

New York, New York 10007, on October 16, 2017 at 11:30A.M. or, as soon thereafter, as

counsel may be heard at a time and date to be determined as convenient by the Court, for an

order pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil Rule 54.1, and

28 U.S.C. §§ 1920 and 1923 granting fees and costs sought by the defendants and granting such

other relief that this Court deems proper.

Date:   New York, New York
        September 29, 2017

                                    **ZACHARY W. CARTER**
                                    Corporation Counsel of the City of New York
                                    *Attorney for Defendants*
                                    100 Church Street
                                    New York, New York 10007
                                    Tel.: (212) 356-2351

                            By:     _____

                                    Kavin Thadani
                                    *Senior Counsel*
                                    *Special Federal Litigation Division*

To:     VIA ECF
        Michael Eliot Jaffe
        Pazer & Epstein, P.C.
        20 Vesey Street, #700
        New York, NY 10007
        Email: mjaffe@pazerandepstein.com

        Richard A. Gross
        Rubert & Gross, P.C.
        150 Broadway, Suite 712
        New York, NY 10038
        Tel.: (212) 608-3103
        Fax: (212) 608-1316
        Email: richardgrosscourt@yahoo.com
        *Attorneys for Plaintiff*

12-cv-07454-PGG-DCF
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH CREIGHTON,

Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE DEAN
ROBERTS (Shield No. 05861), DETECTIVE GLENN
GODINO (Shield No. 2756), POLICE OFFICERS
JOHN DOES 1-10 (names being fictitious and presently
unknown and intended to be employees of the NYPD
who were involved in Plaintiff's arrest, detention,
imprisonment, and/or prosecution), DISTRICT
ATTORNEY ROBERT T. JOHNSON, ASSISTANT
DISTRICT ATTORNEY BRUCE BIRNS A/K/A
BURNS, ASSISTANT DISTRICT ATTORNEY ED
TALTY a/k/a ED TULTY and ASSISTANT
DISTRICT ATTORNEY MICHAEL COOPER,

Defendants

**NOTICE OF APPLICATION FOR COSTS, BILL OF
COSTS, AND DECLARATION IN SUPPORT OF
DEFENDANTS' APPLICATION FOR COSTS
AGAINST PLAINTIFF AND ANNEXED EXHIBITS**

***ZACHARY W. CARTER***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Kavin Thadani*
*Tel. (212) 356-2351*
*NYCLIS No. 2013-000179*

*Due and timely service is hereby admitted.*

*New York, N.Y. ................................................................ , 201...*

*............................................................................................ Esq.*

*Attorney for..........................................................................*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

KENNETH CREIGHTON,

                            Plaintiff,

            -against-

THE CITY OF NEW YORK, DETECTIVE DEAN
ROBERTS (Shield No. 05861), DETECTIVE
GLENN GODINO (Shield No. 2756), POLICE
OFFICERS JOHN DOES 1-10 (names being
fictitious and presently unknown and intended to be
employees of the NYPD who were involved in
Plaintiffs arrest, detention, imprisonment, and/or
prosecution), DISTRICT ATTORNEY ROBERT T.
JOHNSON, ASSISTANT DISTRICT ATTORNEY
BRUCE BIRNS AWA BURNS, ASSISTANT
DISTRICT ATTORNEY ED TALTY a/k/a ED
TULTY and ASSISTANT DISTRICT ATTORNEY
MICHAEL COOPER,

                            Defendants.

-----------------------------------------------------------------x

PLAINTIFF'S OBJECTIONS TO
DEFENDANTS' APPLICATION
FOR COSTS_____
12 CIV 7454 (PGG) (DCF)

STATE OF NEW YORK        )
                         :SS:
NEW YORK COUNTY          )

        MATTHEW FLAMM, declares the following under penalty of perjury pursuant to 28

U.S.C. §1746:

        1.      I am associated with Rubert & Gross, P.C., co-counsel with Pazer, Epstein &

Jaffe, attorneys for plaintiff, and submit these objections to defendants' September 29, 2017

application for $4,277 in "fees and costs" purportedly made under Fed.R.Civ.P. R. 54, Local

Civil Rule 54.1 and 28 U.S.C. §§1920 and 1923.

        2.      As set forth more fully below, plaintiff contends that many of the requested costs

and disbursements should be reduced or disallowed as not constituting a taxable cost under the

Federal Rules, Statute, Local Rule or judicial Order or decisions.

      3.     Defendants seek as costs three categories of expenses: (1) transcripts totaling $709.13 (¶¶14-20; Exh. D); (2) deposition transcripts offered as exhibits to their summary judgment papers (¶¶21-31 and Exh. E); and (3) photocopies of their summary judgment motion papers (¶¶32-33 and Exh. G).

      4.     Costs for transcripts other than depositions are permissible if they are "authorized in advance or ordered by the Court." Local Rule 54.1(c)(1). Defendants' declaration offers no proof, conclusory or otherwise, that any of the transcripts for which costs are sought were authorized in advance or ordered by the Court. The **$709.13** sought should be disallowed.

      5.     Defendants next seeks $3,308.70 for depositions attached as exhibits in defendants' various motion papers. Local Civil Rule 54.1(c)(2) advises that deposition costs are permissible only if "used by court" in its summary judgment ruling. Defendants overlook this requirement, apparently contending that attaching a transcript as an exhibit qualifies the transcript as a taxable cost.

      6.     Review of the Court's decision for reference to the transcripts for which defendants seek costs indicates that one of the transcripts (Exhibit E Docket 252-6 at p. 2: Kijafa Spruell) costing $262.50 (155 pages at $1.50/page [$232.50] and $30 appearance fee) was not cited to or otherwise used by the Court in reaching its summary decision. Therefore, the **$262.50** sought as costs for the Spruell transcript should be disallowed.

      7.     Review of the Court's decision also indicates that the Court cited the Informant's transcript but did not cite to or use the video recording of the testimony. The **$471** sought for the video recorded deposition (Exh. E Docket 252-6 at p. 4) should be disallowed.

8.      As to the transcripts prepared by Diamond Reporting for which taxable costs are sought, the Local Rules allow costs for an original and one copy, and defense seeks payment for two copies. The cost for these transcripts should be reduced, as noted by defense at ¶31. <u>See</u> Defense Exhibit F: December 23, 2015 Diamond Reporting letter (subtract from the total invoice cost the number of pages multiplied by $0.12). Therefore, the costs sought for the following transcripts should be reduced as follows:

Raskin (Exh. E Docket 252-6 at p. 3) 170 pages x .12      = **$20.40**

Creighton (Exh. E Docket 252-6 at pp. 8-9) 337 pages x .12= **$40.44**

9.      Finally, defendants impermissibly seek about $240 for photocopies of their summary judgment motion papers. Local Rule 54.1(c)(5) say the "costs of copies used for the convenience of counsel or the Court are not taxable." This expense of **$240** should be denied.

10.     Plaintiff has no objection to the award of twenty dollars ($20) pursuant to 28 U.S.C. §1923.

11.     Plaintiff, without prejudice to any application to the District Judge, requests that the Clerk disallow one thousand seven hundred and forty-three dollars and fifty-one cents ($1,743.51) in proposed taxable costs.

Dated: October 13, 2017
        New York, New York

Matthew Flamm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
KENNETH CREIGHTON,

|                                                          |                         |
|----------------------------------------------------------|-------------------------|
|                          Plaintiff,                      | 12 CIV 7454 (PGG) (DCF) |
|          -against-                                       |                         |

THE CITY OF NEW YORK, DETECTIVE DEAN
ROBERTS (Shield No. 05861), DETECTIVE GLENN
GODINO (Shield No. 2756), POLICE OFFICERS JOHN
DOES 1-10 (names being fictitious and presently unknown
and intended to be employees of the NYPD who were
involved in Plaintiffs arrest, detention, imprisonment, and/or
prosecution), DISTRICT ATTORNEY ROBERT T.
JOHNSON, ASSISTANT DISTRICT ATTORNEY BRUCE
BIRNS AWA BURNS, ASSISTANT DISTRICT
ATTORNEY ED TALTY a/k/a ED TULTY and
ASSISTANT DISTRICT ATTORNEY MICHAEL
COOPER,

                         Defendants.
----------------------------------------------------------------x

# PLAINTIFF'S OBJECTIONS TO DEFENDANTS' APPLICATION FOR COSTS

Rubert & Gross, PC
Attorney for Plaintiff
150 Broadway, Suite 712
New York, New York  10038
(212) 608-3103